UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR122-0004

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| ROBERT LEVERT WRIGHT | ) Distribute a Controlled |
| | ) Substance (Cocaine) |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of Firearms in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of Firearms by a |
| | ) Prohibited Person |
| | ) |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession with Intent to Distribute a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about April 16, 2021, in Richmond County, within the Southern District of Georgia, the defendant,

**ROBERT LEVERT WRIGHT,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWO
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about April 16, 2021, in Richmond County, within the Southern District of Georgia, the defendant,

**ROBERT LEVERT WRIGHT,**

did knowingly possess firearms, to wit, an SCCY Industries 9mm caliber handgun, S/N 686200; a Taurus 9mm caliber handgun, S/N ABE560353; and a Taurus 9mm caliber handgun, S/N TLU63452; in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841, as charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about April 16, 2021, in Richmond County, within the Southern District of Georgia, the defendant,

### ROBERT LEVERT WRIGHT,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit, an SCCY Industries 9mm caliber handgun, S/N 686200; a Taurus 9mm caliber handgun, S/N ABE560353; and a Taurus 9mm caliber handgun, S/N TLU63452; which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

*(signatures follow on the next page)*

A True Bill.

_____
David H. Estes
United States Attorney

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
Deputy Chief, Criminal Division

_____
Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel