UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR122-0004

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| v. | ) ) ) | 21 U.S.C. § 841(a)(1) Possession with Intent to |
| ROBERT LEVERT WRIGHT | ) ) ) ) | Distribute a Controlled Substance (Cocaine) |
| | ) ) ) ) ) | 18 U.S.C. § 924(c) Possession of Firearms in Furtherance of a Drug Trafficking Crime |
| | ) ) ) ) ) | 18 U.S.C. § 922(g)(1) Possession of Firearms by a Prohibited Person |

FILED U.S. DISTRICT COURT
2022 FEB -2 P 1:08
CLERK
SO. DIST. OF GA.

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:   Possession with Intent to Distribute a Controlled Substance
21 U.S.C. § 841(a); 21 U.S.C. § 841(b)(1)(B)

- Not less than five (5) years and not more than forty (40) years imprisonment
- Not more than a $5,000,000.00 fine
- Not less than four (4) years of supervised release
- $100 special assessment

1

**Count 2:** **Possession of Firearms in Furtherance of a Drug Trafficking Crime**
18 U.S.C. § 924(c)

- Not less than five (5) years imprisonment and no more than life imprisonment consecutive to any other sentence
- Not more than a $250,000.00 fine
- Not more than five (5) years of supervised release
- $100 special assessment

**Count 3:** **Possession of Firearms by a Prohibited Person**
18 U.S.C. § 922(g)(1)

- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

However, if the defendant is found to have three or more qualifying convictions pursuant to 18 U.S.C. § 924(e)

- Not less than fifteen (15) years imprisonment and no more than life imprisonment
- Not more than five (5) years of supervised release

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Henry W. Syms, Jr.*
Henry W. Syms, Jr.
Assistant United States Attorney
Georgia Bar Number 695009